1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED JUN 01 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

4           **United States Bankruptcy Court**
            **Central District of California**
5

6                                          ) Chapter 13
                                           )
7  GLENN RIKIO MASUMIYA                    ) Case No.: 8:04-bk-15228-ES
                                           )
8  LISA ANN MASUMIYA                       ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) (Bankruptcy Rule 3011)
9                                          )
                                           )
10                                         )
                                           )
11 _____ )

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300737** in the sum of **$131.13**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ORIX SNYDER LA VENTURE
        C/O VITO A COSTANZO
18      633 WEST 5TH STREET
        SUITE 2100
19      LOS ANGELES, CA 90071-2017

20 Date: May 24, 2010

21                                          Amrane Cohen, Chapter 13 Standing Trustee

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0415228 | GLENN RIKIO & LISA ANN MASUMIYA<br>ACCT: 6081 CENTER DRIVE | Claim: 00015 | XXX-XX-2338<br>XXX-XX-5124 | 131.13 | 0.00 | 131.13 |
| | | TOTALS | | 131.13 | 0.00 | 131.13 |

```
GLENN RIKIO MASUMIYA
LISA ANN MASUMIYA
BALANCE:        0.00    [0.00 33/00015]
SSN: XXX-XX-2338   SSN: XXX-XX-5124
ACCT: 6081 CENTER DRIVE        CASE: 0415228
PRINCIPAL:      131.13   INTEREST:        0.00
```

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300737

Apr 30, 2010

VOID 90 DAYS FROM DATE

\*\*\*\*\*\*\*$131.13

**PAY**  One Hundred Thirty One And 13 / 100 Dollars

**TO THE ORDER OF**  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300737⑈ ⑆061100790⑆ 000000575188 2⑈